

BRENNAN P. BREELAND

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
bbreeland@rc.com
Direct (212) 451-2914

*Also admitted in Mississippi*

*Via Electronic Mail*

October 16, 2020

Jeffrey Delott, Esq.
Law Offices of Jeffrey Delott
366 North Broadway, Suite 410
Jericho, NY 11753
*jd@iwantmydisability.com*
*jdelott@hotmail.com*

Re: **John McQuillin v. Hartford Life and Accident Insurance Company
Civil Action No.: 20-cv-02353-SJF-ARL (E.D.N.Y.)**

Dear Mr. Delott:

    As you know, we represent Defendant, Hartford Life and Accident Insurance Company ("Hartford Life"), in the action referenced above. I am enclosing herewith Hartford Life's Memorandum of Law in Opposition to Plaintiff's Motion Regarding Administrative Record.

    Further, pursuant to Rule 4(B) of Judge Feuerstein's Individual Rules, we will file a copy of this cover letter via ECF.

                                  Kindest regards,

                                  Brennan P. Breeland

Enclosure

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP